**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **James Candy Company** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Bayard's Chocolate House**<br>**DBA  Fralinger's Salt Water Taffy** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **21-0615532** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1519 Boardwalk**<br>**Atlantic City, NJ 08401** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Atlantic** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   **www.jamescandycompany.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **James Candy Company** _____    Case number (*if known*) _____

Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____5292_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **James Candy Company**                                    Case number (*if known*) _____
                Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
            Contact name        _____
            Phone               _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **James Candy Company** | Case number (*if known*) | |
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **November 7, 2018**
                 MM / DD / YYYY

**X** /s/ Frank Glaser                                          **Frank Glaser**
Signature of authorized representative of debtor                Printed name

Title    **President**

**18. Signature of attorney**

**X** /s/ Ira R. Deiches                        Date   **November 7, 2018**
Signature of attorney for debtor                      MM / DD / YYYY

**Ira R. Deiches 013941976 NJ**
Printed name

**Deiches & Ferschmann**
Firm name

**25 Wilkins Avenue**
**Haddonfield, NJ 08033**
Number, Street, City, State & ZIP Code

Contact phone   **856.428.9696**      Email address   **ideiches@deicheslaw.com**

**013941976 NJ**
Bar number and State

## RESOLUTION

The undersigned, Secretary of James Candy Company., a New Jersey corporation, does hereby certify that the following is a true and correct copy of the resolution duly adopted at a meeting of the shareholder and officers of the company held on the 10th day of September, 2018.

**RESOLVED**, that the President of the company is hereby authorized to file a Petition under Chapter 11 of the United States Bankruptcy Code seeking relief, and in furtherance thereof, he is hereby authorized to retain for purposes of representation of the company in such bankruptcy case the law firm of Deiches & Ferschmann, A Professional Corporation, and is hereby authorized to execute on behalf of the company said Petition and any and all other papers necessary or incidental to the Chapter 11 case.

Dated:   September 10, 2018

_Maureen Glaser_

Maureen Glaser

**Fill in this information to identify the case:**

Debtor name __**James Candy Company**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**November  7, 2018**__          X */s/ Frank Glaser*
                                                Signature of individual signing on behalf of debtor

                                                **Frank Glaser**
                                                Printed name

                                                **President**
                                                Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **James Candy Company** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 1270 Newark, NJ 07101 | | credit card | | | | $65,973.95 |
| Atlantic City Electric Co. Bankruptcy Division 5 Collins Drive, Ste 2133 Mail Stop 84CP42 Carneys Point, NJ 08069 | | utility bills | | | | $9,152.27 |
| Bakemark USA, LLC 1815 Rte 130 N. Unit 1 Burlington, NJ 08016-3016 | | trade debt | | | | $6,691.30 |
| Barclays Bank of Delaware PO Box 13337 Philadelphia, PA 19101-3337 | | credit card | | | | $31,485.79 |
| Calico Cottage, Inc. 210 New HIghway Amityville, NY 11701 | | trade debt | | | | $55,931.03 |
| Cargill, Inc. PO Box 640283 Pittsburgh, PA 15264-0283 | | trade debt | | | | $13,882.48 |
| Casani Candy 7905 Browning Rd Ste 208 Pennsauken, NJ 08109 | | trade debt | | | | $38,248.67 |
| Comcash, Inc. 16485 Laguna Canyon Road S Ste 210 Irvine, CA 92618 | | trade debt | | | | $6,900.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor    **James Candy Company**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dutch Valley Food Distributors 7615 Lancaster Ave. PO Box 465 Myerstown, PA 17067** | | **trade debt** | | | | **$12,505.75** |
| **Friedman LLP 327 Central Ave Linwood, NJ 08221** | | **CPA fees** | | | | **$5,364.80** |
| **Gem Barcoding Inc. PO Box 391 East Greenwich, RI 02818** | | **trade debt** | | | | **$5,132.78** |
| **HR Atlantic City Lender, LLC 5701 Stirling Rd Davie, FL 33314** | | **loan of $65,000 for fit up of store at Hard Rock Hotel & Casino** | | | | **$56,345.00** |
| **Johnson's Popcorn PO Box 802 Ocean City, NJ 08226** | | **trade debt** | | | | **$7,722.00** |
| **OK Kosher 391 Troy Ave Brooklyn, NY 11213** | | **trade debt** | | | | **$5,500.00** |
| **Rainbow Polybag Co., Inc. 179 Morgan Ave. Brooklyn, NY 11237** | | **trade debt** | | | | **$27,132.48** |
| **SOSH Architects 1020 Atlantic Ave Atlantic City, NJ 08401** | | **professional services** | | | | **$30,853.35** |
| **South Jersey Paper Products 2400 Industrial Way Vineland, NJ 08360** | | **trade debt** | | | | **$5,737.00** |
| **Transcendia Inc 9201 W. Belmont Ave. Franklin Park, IL 60131** | | **trade debt** | | | | **$6,394.37** |
| **United Parcel Service PO Box 7247-0244 Philadelphia, PA 19170-0001** | | **trade debt** | | | | **$22,983.13** |
| **Wild Republic Div of K&M International PO Box 691237 Cincinnati, OH 45269** | | **trade debt** | | | | **$9,636.82** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name    **James Candy Company** |
| United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.........................................................................................    $    **1,600,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................    $    **1,156,944.83**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................    $    **2,756,944.83**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **2,217,645.63**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **830,596.02**

4.    Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b    $    **3,048,241.65**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **James Candy Company**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2. **Cash on hand** | **$3,000.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **OceanFirst Bank** | **Checking-operating account** | | **$1,265.00** |
| 3.2. | **OceanFirst** | **Checking-payroll account** | | **$500.00** |
| 3.3. | **OceanFirst** | **Checking-sales tax account** | | **$6,775.44** |
| 3.4. | **OceanFirst** | **Checking-Bayard Chocolates** | | **$2,576.00** |
| 3.5. | **Wells Fargo** | **Checking** | | **$1,932.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$16,048.44** |
| --- | --- |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **James Candy Company**                                            Case number *(If known)* _____
_____
Name

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

       7.1.   security deposit and utility deposit                                             $14,223.87

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                     $14,223.87
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:        30,438.00      -            0.00      = ....         $30,438.00
                                        _____              _____
                                        face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                    $30,438.00
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** inventory on 30Sept2018 valued at cost adjusted as of 6Nov2018 | 30Sept2018 | $0.00 | | $227,734.52 |

Debtor    **James Candy Company**                                    Case number *(If known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                          | $227,734.52 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2007 FRE truck** | **$0.00** | | **$10,000.00** |
| 47.2.    **2005 FRE truck** | **$0.00** | | **$7,500.00** |
| 47.3.    **2014 Mercedes Benz ML350** | **$0.00** | | **$13,000.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

Debtor    **James Candy Company**                                          Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| **miscellaneous items of machinery and equipment related to the manufacturing and packaging of candy and other inventory items-see attached list** | $0.00 | **Owner's estimate** | $838,000.00 |

51.    **Total of Part 8.**

| | |
|---|---|
| | $868,500.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **1517 Boardwalk, Atlantic City-Blk 50, Lot 29** | **Fee simple** | $0.00 | **Appraisal** | $1,600,000.00 |

56.    **Total of Part 9.**

| | |
|---|---|
| | $1,600,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **James Candy Company**_____    Case number *(If known)*_____
      Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **James Candy Company**                                    Case number *(If known)* _____
          _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $16,048.44 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $14,223.87 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $30,438.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $227,734.52 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $868,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $1,600,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,156,944.83 | + 91b. $1,600,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,756,944.83 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

#1

The Current debt on the below equipment is $60,000 dollars. Approximatly $39,000 will be paid off in 2018 and $21,000 will be paid off in 2019. The values are at a Non-Stressed sale and not at Auction. The dates are as best we recollect when the equipment was purchased.

| Machine | Name | Manufacturer | Piece Size Size | Estimated Value | Purchased Year |
|---|---|---|---|---|---|
| 1 | RF750 | ROSE FORGROVE | 1 3/4x 5/8x9/16 | $40,000 | 1990 |
| 2 | FWT Cut & Wrap | ROSE FORGROVE | 1 3/4x 5/8x9/16 | $20,000 | 1968 |
| 3 | FWT Cut & Wrap | ROSE FORGROVE | 1 3/4x 5/8x9/16 | $20,000 | 1968 |
| 4 | FWT Cut & Wrap | ROSE FORGROVE | 2 x 1/2 Dia. | $20,000 | 1969 |
| 5 | FWT Cut & Wrap | ROSE FORGROVE | 2 x 1/2 Dia. | $20,000 | 1969 |
| 6 | RF750 | ROSE FORGROVE | 2 x 1/2 Dia. | $40,000 | 1990 |
| 7 | Batch Roller & Sizer RF 440 | ROSE FORGROVE | | $25,000 | 1990 |
| 8 | Batch Roller RS4-34-204 | Beacon Manufacturing | | $25,000 | 1995 |
| 9 | Rope Sizer BR800-35v-0204 | Beacon Manufacturing | | $20,000 | 1995 |
| 10 | Batch Roller & Sizer HBR/HBF | ROSE FORGROVE | | $20,000 | 1975 |
| 11 | Batch Roller & Sizer | ROSE FORGROVE | | $10,000 | 1960 |
| 12 | Batch Roller & Sizer | ROSE FORGROVE | | $10,000 | 1960 |
| 13 | Batch Roller RS4-33-403 | Beacon Manufacturing | | $25,000 | 1995 |
| 14 | Rope Sizer BR800-34v-0409 | Beacon Manufacturing | | $20,000 | 1995 |
| 15 | Commercial Refrigerator | Kelvinator | | $4,000 | 2015 |
| 16 | 6 cold tables $3,000 each | | | $12,000 | 1970 |
| 17 | Ruffinatti Horizontal Puller TZ-40 | Ruffinatti | | $18,000 | 1998 |
| 18 | Ruffinatti Horizontal Puller TZ-40 | Ruffinatti | | $18,000 | 1998 |
| 19 | Hot Box | | | $4,000 | 1995 |
| 20 | Groen Agitated tilting Kettle DN/RA -60 WP 45 | Groen | | $12,000 | 1990 |
| 21 | Groen Agitated tilting Kettle DN/RA -60 WP 45 | Groen | | $12,000 | 1990 |
| 22 | Groen Agitated tilting Kettle DN/RA -60 WP 45 | Groen | | $12,000 | 1990 |
| 23 | Groen Agitated tilting Kettle DN/RA -60 WP 45 | Groen | | $12,000 | 1990 |
| 24 | Vacuum Kettle Copper capacity 260 pounds | | | $4,500 | 1970 |
| 25 | Vacuum Kettle Copper capacity 260 pounds | | | $4,500 | 1970 |
| 26 | Kettle Fixed w/super heater 60 gallon WP 125 | Metal Products | | $8,000 | 1975 |
| 27 | Kettle Fixed w/super heater 60 gallon WP 125 | Metal Products | | $8,000 | 1975 |
| 28 | Columbia Boiler 25 HP WP 125 | | | $6,000 | 1990 |
| 29 | Columbia Boiler 25 HP WP 125 | | | $6,000 | 1990 |
| 30 | Lee Metal Kettle Tilting  40 gallon Wp 90 psi | Lee Meral | | $10,000 | 1990 |
| 31 | Lee Metal Kettle Tilting  40 gallon Wp 90 psi | Lee Meral | | $10,000 | 1990 |
| 32 | ALPH Checkweigher Automatic w Kick out | ALPH | | $10,000 | 2012 |

| | | | |
|---|---|---|---|
| 33 Package F4 Overwrap machine | Package Machinery | $5,000 | 1975 |
| 34 Package F2 Overwrap machine | Package Machinery | $2,500 | 1975 |
| 35 Label Applicator with Stand | Universal | $6,500 | 2012 |
| 36 Label Applicator with Stand | | $2,500 | 2000 |
| 37 Label Applicator with Stand | | $2,500 | 2000 |
| 38 Hayseen Ultima Bagger | Hayseen | $20,000 | 1990 |
| 39 Hayseen Yamato Data Weigher Ten head | Yamato | $20,000 | 1990 |
| 40 Videojet 6420 Date Code machine | Videojet | $5,000 | 2015 |
| 41 Videojet 1220 Date code Machine | Videojet | $8,000 | 2012 |
| 42 Videojet 1220 Date code Machine | Videojet | $8,000 | 2012 |
| 43 Metal Detector | Gorin Kerr | $4,000 | 2000 |
| 44 3M case Sealer | 3M | $2,000 | 2000 |
| 45 Metal Detector Model Extreme | ERIEZ | $14,000 | 2011 |
| 46 Foil wrapper | Rose FORGROVE | $2,500 | 1970 |
| 47 Foil wrapper | Rose FORGROVE | $2,500 | 1970 |
| 48 Chocolate Depositor | Racine | $3,000 | 1970 |
| 49 Chocolate Spinner 5 machines | | $2,500 | 2000 |
| 50 Pop Forming machine | Latini | $6,000 | 1970 |
| 51 Batch Roller w/sizer | Beacon Manufacturing | $6,000 | 1980 |
| 52 Doby Scotti 11 bagger | Doboy | $6,000 | 1985 |
| 53 Alpa Dough Depositor | ALPHA | $6,000 | 1985 |
| 54 1 Blend Machine | | $2,500 | 1985 |
| 55 1 Hobart Mixer | Hobart | $2,500 | 1990 |
| 56 1 Hobart Mixer | Hobart | $2,500 | 1990 |
| 57 Chocolate Seal Sizer with Rumbler | | $12,500 | 1960 |
| 58 24 Inch National enrober w/ cold tunnel | National Equipmet | $15,000 | 1960 |
| 59 Comercial Refrigerator | | $2,500 | 2012 |
| 60 Commercial Refrigerator | | $2,500 | 2012 |
| 61 Bainbridge Cutt & Roll | | $1,500 | 1970 |
| 62 500 lb Chocolate Melter | National Equipmet | $3,000 | 1970 |
| 63 Cold tabels 500.00 each | | $1,000 | 1970 |
| 64 National Depositor | National Equipmet | $1,000 | 1970 |
| 65 Fondant Machine | | $2,500 | 1970 |
| 66 Stainless tilting Kettle 100 Gallon Capacity 100WP | Groen | $8,000 | 1985 |
| 67 Fire Mixer | Savage | $7,500 | 2005 |

# 3.

| | | | |
|---|---|---|---|
| 68  Ball Beater | National Equipmet | $2,500 | 1980 |
| 69  Ball Beater | National Equipmet | $2,500 | 1980 |
| 70  500 lb Chocolate Melter | National Equipmet | $4,000 | 1980 |
| 71  500 lb Chocolate Melter | National Equipmet | $4,000 | 1980 |
| 72  500 stainless melter | | $2,500 | 1980 |
| 73  500 stainless melter | | $2,500 | 1980 |
| 74  5 each 100 lb Melter | Savage | $5,000 | 1990 |
| 75  2 each 250 lb Melter | Savage | $5,000 | 1990 |
| 76  Werner Lehara extruder 16 inch | Werner Lehara | $6,500 | 1990 |
| 77  Werner Lehara extruder 16 inch | Werner Lehara | $6,500 | 1990 |
| 78  16 inch Enrober with Cold Tunnel | Smith | $40,000 | 1995 |
| 79  16 inch Enrober with cold Tunnel | Smith | $25,000 | 1989 |
| 80  10 inch enrober with Cold tunnel | Smith | $15,000 | 1989 |
| 81  5 inch enrober | Smith | $3,500 | 1985 |
| 82  carmel sizer | | $1,000 | 1985 |
| 83  carmel cytter | | $1,500 | 1985 |
| 84  Minipack Torree Heat Sealer | | $2,000 | 1990 |
| 85  Metal Detector Model DSP | ERIEZ | $12,000 | 2012 |
| 86  Chocolate Tempering Machine | Selmi | $12,000 | 2012 |
| | | $838,000 | |

Trucks, Cars, Material handling equipment is not included.

**Fill in this information to identify the case:**

Debtor name    **James Candy Company**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| 2.1 | **Marlin Business Bank** | | |
|---|---|---|---|

Creditor's Name

**PO Box 13604**
**Philadelphia, PA**
**19101-3604**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**3 Dell 3050 Computers w/Intel I5 7500 Processors**

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,830.98**

**Unknown**

| 2.2 | **Marlin Business Bank** | | |
|---|---|---|---|

Creditor's Name

**PO Box 13604**
**Philadelphia, PA**
**19101-3604**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**POS cash register equipment, related hardware and software-finance lease**

Describe the lien
**purchase money security**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$30,651.68**

**Unknown**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **James Candy Company**                                    Case number (if know) _____
    Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Mercedes Benz Financial Services** | Describe debtor's property that is subject to a lien | $5,709.97 | $13,000.00 |

Creditor's Name

**PO Box 685
Roanoke, TX 76262**

Creditor's mailing address

**2014 Mercedes Benz ML350**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **OceanFirst Bank** | Describe debtor's property that is subject to a lien | $2,169,453.00 | $2,876,153.52 |

Creditor's Name

**975  Hooper Avenue
Toms River, NJ 08753**

Creditor's mailing address

**1517 Boardwalk, Atlantic City-Blk 50, Lot 29, inventory, A/R, furniture, machinery and equipment, bank deposits**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,217,645.63 |

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

| Debtor | **James Candy Company** | | Case number (if know) | |
| | Name | | | |

| Name  and address | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **James Candy Company**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1**   Nonpriority creditor's name and mailing address<br>**A.M. Todd Co.**<br>**PO Box 13859**<br>**Newark, NJ 07188-0859**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   trade debt<br><br>Is the claim subject to offset? ■ No   ☐ Yes | $633.75 |
| **3.2**   Nonpriority creditor's name and mailing address<br>**Act Fast Termite & Pest Control**<br>**PO Box 1069**<br>**Jackson, NJ 08527**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   trade debt<br><br>Is the claim subject to offset? ■ No   ☐ Yes | $490.48 |
| **3.3**   Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   credit card<br><br>Is the claim subject to offset? ■ No   ☐ Yes | $65,973.95 |
| **3.4**   Nonpriority creditor's name and mailing address<br>**Atlantic City Electric Co.**<br>**Bankruptcy Division**<br>**5 Collins Drive, Ste 2133**<br>**Mail Stop 84CP42**<br>**Carneys Point, NJ 08069**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   utility bills<br><br>Is the claim subject to offset? ■ No   ☐ Yes | $9,152.27 |

| Debtor | **James Candy Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,837.92 |

**Atlantic City Sewerage Company**
PO Box 1830
Atlantic City, NJ 08401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __utility bills__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,632.45 |

**Atlantic Coast Alarms**
5100 Harding Highway
Ste 203
Mays Landing, NJ 08330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,816.00 |

**Atlantic Sweetener Co.**
PO Box 1146
Hammonton, NJ 08037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,359.13 |

**Aurora World, Inc.**
8820 Mercury Lane
Pico Rivera, CA 90660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |

**B&B Parking**
114 S. New York Ave.
Atlantic City, NJ 08401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,691.30 |

**Bakemark USA, LLC**
1815 Rte 130 N.
Unit 1
Burlington, NJ 08016-3016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,996.61 |

**Balford Farms**
PO Box 827228
Philadelphia, PA 19104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **James Candy Company** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Bally's Park Place, Inc.**
**Park Place & Boardwalk**
**Attn: Legal Dept**
**Atlantic City, NJ 08401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,485.79 |
|---|---|---|---|

**Barclays Bank of Delaware**
**PO Box 13337**
**Philadelphia, PA 19101-3337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __credit card__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $712.26 |
|---|---|---|---|

**Best Eastern Exterminating Co.**
**18 Princeton Dr.**
**Shamong, NJ 08088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Boardwalk Investment Properties, LLC**
**PO Box 10645**
**Greensboro, NC 27401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $912.56 |
|---|---|---|---|

**Burke Candy & Ingredients, Inc.**
**3480 N. Fratney St.**
**Milwaukee, WI 53212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,931.03 |
|---|---|---|---|

**Calico Cottage, Inc.**
**210 New HIghway**
**Amityville, NY 11701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,882.48 |
|---|---|---|---|

**Cargill, Inc.**
**PO Box 640283**
**Pittsburgh, PA 15264-0283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **James Candy Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,248.67** |
|---|---|---|---|

**Casani Candy**
**7905 Browning Rd**
**Ste 208**
**Pennsauken, NJ 08109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,620.00** |
|---|---|---|---|

**Catalog Solutions**
**6750 Hillcrest Plaza Dr.**
**Dallas, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,536.53** |
|---|---|---|---|

**Cintas Corp.**
**PO Box 630803**
**Cincinnati, OH 45263-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,900.00** |
|---|---|---|---|

**Comcash, Inc.**
**16485 Laguna Canyon Road S**
**Ste 210**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,384.84** |
|---|---|---|---|

**Comcast**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __utility bills__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$969.71** |
|---|---|---|---|

**Comcast**
**c/o #3999, Attn: EDST**
**1085 Andrew Dr., Ste F**
**West Chester, PA 19380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __utility bills__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$555.00** |
|---|---|---|---|

**Compudata Inc.**
**2701 Commerce Way**
**Philadelphia, PA 19154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **James Candy Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$173.80** |
|---|---|---|---|

**Confires Fire Protection Service, LLC**
**910 Oak Tree Ave**
**Ste J**
**South Plainfield, NJ 07080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,839.76** |
|---|---|---|---|

**Crescent Box Corp**
**Attn: McKonly & Asbury, LLP**
**415 Fallowfield Rd**
**Camp Hill, PA 17011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$499.34** |
|---|---|---|---|

**Cundiff Oil Company**
**100 S. Black Horse Pike**
**Bellmawr, NJ 08031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**Digital Kosher**
**930 Eastern Parkway**
**Brooklyn, NY 11213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,505.75** |
|---|---|---|---|

**Dutch Valley Food Distributors**
**7615 Lancaster Ave.**
**PO Box 465**
**Myerstown, PA 17067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,752.10** |
|---|---|---|---|

**Eastern Lift Truck Co, Inc.**
**PO Box 307**
**Maple Shade, NJ 08052-0307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,922.24** |
|---|---|---|---|

**Ecolab Pest Elim Div.**
**26252 Network Ave**
**Chicago, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **James Candy Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address

**Ecolab, Inc.**
**PO Box 32027**
**New York, NY 10081-2002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$315.65**

---

**3.34** | Nonpriority creditor's name and mailing address

**Ecommerce Partners**
**59 Franklin St**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,850.00**

---

**3.35** | Nonpriority creditor's name and mailing address

**First Insurance Funding Corp**
**PO Box 7000**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,510.59**

---

**3.36** | Nonpriority creditor's name and mailing address

**Frank & Maureen Glaser**
**14 Otter Lane**
**Egg Harbor Township, NJ 08234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **loans**

Is the claim subject to offset? ■ No ☐ Yes

**$315,556.31**

---

**3.37** | Nonpriority creditor's name and mailing address

**Friedman LLP**
**327 Central Ave**
**Linwood, NJ 08221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CPA fees**

Is the claim subject to offset? ■ No ☐ Yes

**$5,364.80**

---

**3.38** | Nonpriority creditor's name and mailing address

**Fun Stuff**
**2513 58th St.**
**Ste A**
**Hampton, VA 23661**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,082.34**

---

**3.39** | Nonpriority creditor's name and mailing address

**Gem Barcoding Inc.**
**PO Box 391**
**East Greenwich, RI 02818**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,132.78**

---

| Debtor | **James Candy Company** | Case number (if known) | |
|--------|-------------------------|------------------------|--|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$538.36** |
|------|--|--|--|

**Grant Supply Company**
**A Div. of FW Webb**
**160 Middlesex Turnpike**
**Bedford, MA 01730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,174.60** |
|------|--|--|--|

**H L Marco, HVAC-R**
**4539 Fulton Rd**
**Jacksonville, FL 32225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,345.00** |
|------|--|--|--|

**HR Atlantic City Lender, LLC**
**5701 Stirling Rd**
**Davie, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  loan of $65,000 for fit up of store at Hard Rock Hotel**
**& Casino**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$249.05** |
|------|--|--|--|

**Island Ice Cream Inc.**
**3809 Park Blvd**
**Wildwood, NJ 08260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,382.00** |
|------|--|--|--|

**Jack & Jill Ice Cream**
**PO Box 829815**
**Philadelphia, PA 19182-9815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$958.07** |
|------|--|--|--|

**Johnson Controls**
**PO Box 71967**
**Pittsburgh, PA 15250-7967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,722.00** |
|------|--|--|--|

**Johnson's Popcorn**
**PO Box 802**
**Ocean City, NJ 08226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **James Candy Company** | | |
| --- | --- | --- | --- |
| | Name | | Case number (if known) |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$850.00** |
| --- | --- | --- | --- |

**Joseph Weber**
**11 Grandview Ave**
**West Collingswood, NJ 08059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,755.39** |
| --- | --- | --- | --- |

**L H Companies Slgn Development**
**425 North 3rd St**
**Reading, PA 19601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,919.69** |
| --- | --- | --- | --- |

**Liberty Coca-Cola Beverages**
**PO Box 780810**
**Philadelphia, PA 19178-0810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,428.73** |
| --- | --- | --- | --- |

**McMaster-Carr Supply**
**PO Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$803.00** |
| --- | --- | --- | --- |

**MNC Stribbons, Inc.**
**2921 West Cypress Creek Rd**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$214.64** |
| --- | --- | --- | --- |

**Motor & Drives, Inc.**
**1413 Marmora Ave.**
**Atlantic City, NJ 08401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$362.52** |
| --- | --- | --- | --- |

**National Window Cleaning Co.**
**PO Box 513**
**Somers Point, NJ 08244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **James Candy Company** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00** |
|---|---|---|---|

**OK Kosher**
**391 Troy Ave**
**Brooklyn, NY 11213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,316.13** |
|---|---|---|---|

**Quill Corporation**
**PO Box 94081**
**Palatine, IL 60094-4081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,132.48** |
|---|---|---|---|

**Rainbow Polybag Co., Inc.**
**179 Morgan Ave.**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,306.58** |
|---|---|---|---|

**RBI**
**PO Box 288**
**Pluckemin, NJ 07978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.38** |
|---|---|---|---|

**Sandblast By Creative Concepts**
**1500 Georgia Rd**
**Ste A**
**Irondale, AL 35210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,034.00** |
|---|---|---|---|

**Selective Insurance**
**Lockbox 247**
**PO Box 8500**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **insurance premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,830.19** |
|---|---|---|---|

**Silliker, Inc.**
**900 Maple Rd**
**Homewood, IL 60403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **James Candy Company** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,003.24 |
| | **Simplex Paper Box Co**<br>**PO Box 21469**<br>**York, PA 17402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,853.35 |
| | **SOSH Architects**<br>**1020 Atlantic Ave**<br>**Atlantic City, NJ 08401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **professional services**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $477.39 |
| | **South Jersey Gas**<br>**PO Box 6091**<br>**Bellmawr, NJ 08099** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **utility bills**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,737.00 |
| | **South Jersey Paper Products**<br>**2400 Industrial Way**<br>**Vineland, NJ 08360** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,280.00 |
| | **Steelson Packaging**<br>**190 West Passaic St**<br>**Rochelle Park, NJ 07662** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,296.75 |
| | **Thomas Kelly**<br>**TKS Mechanical**<br>**6 Wilson Ave.**<br>**Somers Point, NJ 08244** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $436.44 |
| | **Thyssen Krupp Elevator**<br>**PO Box 933004**<br>**Atlanta, GA 31193-3004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **James Candy Company** | Case number (if known) | |
| | Name | | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,394.37** |

**Transcendia Inc**
**9201 W. Belmont Ave.**
**Franklin Park, IL 60131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$820.85** |

**Uline**
**12575 Uline Dr**
**Pleasant Prairie, WI 53158**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,983.13** |

**United Parcel Service**
**PO Box 7247-0244**
**Philadelphia, PA 19170-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$364.18** |

**United Parcel Service**
**PO Box 650690**
**Dallas, TX 75265-0690**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,880.00** |

**Vacation Time, Inc.**
**508 Springdale Court**
**Cape May Court House, NJ 08210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,151.50** |

**Waste Management Of NJ**
**PO Box 13648**
**Phila, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,636.82** |

**Wild Republic Div of K&M International**
**PO Box 691237**
**Cincinnati, OH 45269**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Debtor | **James Candy Company** | Case number *(if known)* | |
|--------|------------------------|--------------------------|--|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|--|--|--|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|--|--|--|--|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 830,596.02 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 830,596.02 |

**Fill in this information to identify the case:**

Debtor name      **James Candy Company**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **oral lease of 940 Route 130, Cinnaminson, NJ currently month to month** | |
| State the term remaining | | **904 Route 130 Associates, LLC** |
| List the contract number of any government contract | | **1519 Boardwalk** **Atlantic City, NJ 08401** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **lease of 2018 BMW X5 for 36 months at $709.97/month** | |
| State the term remaining | **31 months** | **BMW Financial Services NA, LLC** |
| List the contract number of any government contract | | **5550 Britton Parkway** **Hilliard, OH 43026** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **lease of commercial space on 2nd floor of Hard Rock Hotel & Casino-dated 5/14/2018 with rent calculated as a percentage of gross sales as stipulated in the lease** | |
| State the term remaining | **57 months** | **Boardwalk 1000, LLC** |
| List the contract number of any government contract | | **1000 Boardwalk** **Atlantic City, NJ 08401** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **James Candy Company**

First Name   Middle Name   Last Name   Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.4.** State what the contract or lease is for and the nature of the debtor's interest

**lease of portion of 3400 Boardwalk, Wildwood, NJ as last extended from 9/17/2017-10/15/2018 with rent payable at such times and in such amounts as specified in the lease**

State the term remaining   **1 month (10/15/2018)**

List the contract number of any government contract

**Boardwalk Arcade, L.L.C.
PO Box 1649
Wildwood, NJ 08260**

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**lease of unit #2, 324-325 Washington St. Mall, Cape May for 3 year term expiring 12/31/2018**

State the term remaining   **3 months**

List the contract number of any government contract

**Cindy Huf
4090 Bayshore Rd
Cold Springs, NJ 08204**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**lease of Units #3 and #4, 324-325 Washington Street Mall, Cape May, NJ for 4 years, expiring 12/31/2018**

State the term remaining   **3 months**

List the contract number of any government contract

**Cindy Huf
4090 Bayshore Rd
Cold Springs, NJ 08204**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**equipment leases under master lease of 9/30/2014 and subsequent amendments/schedules misc**

State the term remaining

List the contract number of any government contract

**Direct Capital Corporation
155 Commerce Way
Portsmouth, NH 03801**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**lease of 1517 Boardwalk, Atlantic City, NJ originally for 3 years through 12/31/2016 and month to month thereafter**

State the term remaining   **-**

List the contract number of any

**Eli Mamiye
13 Porage Path
Deal Park, NJ 07723**

| Debtor 1 | **James Candy Company** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **lease of 2714-2716 Boardwalk, Wildwood, NJ with rent payable at such times and in such amounts as specified in the lease** | |
|---|---|---|---|
| | State the term remaining | **1 year** | **Jersey Cape Investments, LLC c/o Jilly's Arcade 1168 Boardwalk Ocean City, NJ 08226** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **equipment finance lease of Point of Sale Cash register equipment for 60 months at $1,685.09/month-Marlin also scheduled as secured creditor on Schedule D** | |
|---|---|---|---|
| | State the term remaining | **17 Months** | **Marlin Leasing Corporation 300 Fellowship Road Mount Laurel, NJ 08054** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **lease of first floor store at 1100 Boardwalk, Ocean City, NJ, through 12/31/2020 (assigned to James Candy Company by Fralinger's Inc.)** | |
|---|---|---|---|
| | State the term remaining | **25 months** | **Raab Family, LLC 311 Wesley Road Ocean City, NJ 08226** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **lease of 324-326 Washington Street Mall, Cape May, NJ for 10 years commencing Dec. 2011 with rent payable at such times and in such amounts as specified in the lease** | |
|---|---|---|---|
| | State the term remaining | **39 months** | **Schiff Enterprises 1004 New Road Northfield, NJ 08225** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **James Candy Company** _____      Case number (*if known*) _____
First Name        Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **lease of space #01, 2nd floor at the Marketplace, Tropicana Casino & Resort through 4/30/2023** | |
|---|---|---|---|
| | State the term remaining | **55 months** | |
| | List the contract number of any government contract | | **Tropicana Atlantic City Corp Brighton Ave. & the Boardwalk Atlantic City, NJ 08401** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **oral lease of 171 Westminster Ave. and 331 Magnolia Ave., Atlantic City currently month to month** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Westminter Associates, L.L.C. 1519 Boardwalk Atlantic City, NJ 08401** |

**Fill in this information to identify the case:**

Debtor name **James Candy Company**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **2325 Marlton Pike West Associates, LLC** | **1519 Boardwalk Atlantic City, NJ 08401** | **OceanFirst Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **3400 Haddonfield Associates, L.L.C.** | **1519 Boardwalk Atlantic City, NJ 08401** | **OceanFirst Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **904 Route 130 Associates, LLC** | **1519 Boardwalk Atlantic City, NJ 08401** | **OceanFirst Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Fralinger's Inc.** | **1519 Boardwalk Atlantic City, NJ 08401** | **OceanFirst Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Frank Glaser** | **14 Otter Lane Egg Harbor Township, NJ 08234** | **OceanFirst Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                         Best Case Bankruptcy

| Debtor | **James Candy Company** | | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Frank Glaser** | 14 Otter Lane<br>Egg Harbor Township, NJ 08234 | **HR Atlantic City<br>Lender, LLC** | ☐ D _____<br>■ E/F __3.42__<br>☐ G _____ |
| 2.7 | **Frank Glaser** | 14 Otter Lane<br>Egg Harbor Township, NJ 08234 | **Mercedes Benz<br>Financial Services** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Lock Water, Inc.** | 1519 Boardwalk<br>Atlantic City, NJ 08401 | **OceanFirst Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Maureen Glaser** | 14 Otter Lane<br>Egg Harbor Township, NJ 08234 | **OceanFirst Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Westminster<br>Associates,<br>L.L.C.** | 1519 Boardwalk<br>Atlantic City, NJ 08401 | **OceanFirst Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Frank Glaser** | 14 Otter Lane<br>Egg Harbor Township, NJ 08234 | **BMW of Atlantic City** | ☐ D _____<br>☐ E/F _____<br>■ G __2.2__ |
| 2.12 | **Frank Glaser** | 14 Otter Lane<br>Egg Harbor Township, NJ 08234 | **Boardwalk Arcade,<br>L.L.C.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.4__ |

**Fill in this information to identify the case:**

Debtor name    **James Candy Company**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
  amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$4,110,032.00** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$5,413,498.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$6,165,140.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **James Candy Company**                                    Case number *(if known)* _____

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **To be complied and filed as an amendment** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Maureen Glaser**<br>**14 Otter Lane**<br>**Egg Harbor Township, NJ 08234**<br>officer | **11/7/2017 ($2000);**<br>**11/10/2017 ($500);**<br>**4/17/2018 ($1000);**<br>**7/23/2018 ($3500);**<br>**8/2/2018 ($3500);** | **$10,500.00** | **loan repayments for advances made by Frank & Maureen Glaser** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **James Candy Company** | Case number *(if known)* | |
|---|---|---|---|

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Deiches & Ferschmann<br>A Professional Corporation<br>25 Wilkins Avenue<br>Haddonfield, NJ 08033** | | **9/18/2017** | **$3,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Deiches & Ferschmann<br>A Professional Corporation<br>25 Wilkins Avenue<br>Haddonfield, NJ 08033** | | **4/2/2018** | **$506.25** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor    **James Candy Company**                                           Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Deiches & Ferschmann A Professional Corporation 25 Wilkins Avenue Haddonfield, NJ 08033** | | **5/21/2018** | **$786.25** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Deiches & Ferschmann A Professional Corporation 25 Wilkins Avenue Haddonfield, NJ 08033** | | **7/19/2018** | **$106.25** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **Deiches & Ferschmann A Professional Corporation 25 Wilkins Avenue Haddonfield, NJ 08033** | | **9/7/2018** | **$950.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.6. | **Deiches & Ferschmann A Professional Corporation 25 Wilkins Avenue Haddonfield, NJ 08033** | | **9/10/2018** | **$40,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ **None.**

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **James Candy Company**                                        Case number *(if known)* _____

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **OceanFirst Bank** **975 Hooper Avenue** **Toms River, NJ 08753** | **XXXX-** | ☐ Checking ☐ Savings ■ Money Market ☐ Brokerage ☐ Other__ | **Nov. 5, 2018** | **$3,358.82** |

| Debtor | **James Candy Company** | Case number *(if known)* | |

---

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

---

Debtor    **James Candy Company** _____    Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26.  Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Friedman LLP**<br>**327 Central Avenue**<br>**Linwood, NJ 08221** | |
| 26a.2.    **Rose Gedicke**<br>**359 South Frankfurt Avenue**<br>**Egg Harbor City, NJ 08215** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Friedman LLP**<br>**327 Central Avenue**<br>**Linwood, NJ 08221** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Friedman, LLP**<br>**327 Central Avenue**<br>**Linwood, NJ 08221** | |
| 26c.2.    **Rose Gedicke**<br>**359 South Frankfurt Avenue**<br>**Egg Harbor City, NJ 08215** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **OceanFirst Bank**<br>**975  Hooper Avenue**<br>**Toms River, NJ 08753** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **James Candy Company** | Case number *(if known)* | |
|---|---|---|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Rose Gedicke** | **9/30/2018** | **$219, 711.12 at cost** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Frank Glaser**<br>**1519 Boardwalk**<br>**Atlantic City, NJ 08401** |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Frank Glaser** | **14 Otter Lane**<br>**Egg Harbor Township, NJ 08234** | **President** | **100% ownership** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Maureen Glaser** | **14 Otter Lane**<br>**Egg Harbor Township, NJ 08234** | **Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lisa Whitley** | **1519 Boardwalk**<br>**Atlantic City, NJ 08401** | **Chief Operating Officer** | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **James Candy Company**                                      Case number *(if known)*

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  7, 2018**

**/s/ Frank Glaser**                                      **Frank Glaser**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re    **James Candy Company**

Debtor(s)

Case No.

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                    $            **40,000.00**

    Prior to the filing of this statement I have received          $            **40,000.00**

    Balance Due                                                    $                **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **exemption planning, preparation and filing of reaffirmation agreements and applications as needed**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **representation of the debtor(s) in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding, negotiations with secured creditors to reduce to market value, preparation and
    filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, preparation and
    filing of amended case pleadings.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**November  7, 2018**

*Date*

**/s/ Ira R. Deiches**

**Ira R. Deiches 013941976 NJ**

*Signature of Attorney*

**Deiches & Ferschmann**
**25 Wilkins Avenue**
**Haddonfield, NJ 08033**
**856.428.9696  Fax: 856.795.6983**
**ideiches@deicheslaw.com**

*Name of law firm*

---

# United States Bankruptcy Court
## District of New Jersey

In re   **James Candy Company**
_____

Debtor(s)

Case No. _____

Chapter   **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Frank J. Glaser<br>14 Otter Lane<br>Egg Harbor Township, NJ 08234** | **common stock** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November  7, 2018** _____

Signature   **/s/ Frank Glaser**
_____
**Frank Glaser**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re    **James Candy Company**            Case No.

                      Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **November  7, 2018**             **/s/ Frank Glaser**

                                            **Frank Glaser**/**President**
                                            Signer/Title

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


New Jersey Division of Taxation
Compliance & Enforcement-Bankruptcy Unit
50 Barrack St., 9th Floor
PO Box 245
Trenton, NJ 08695-0267


2325 Marlton Pike West Associates, LLC
1519 Boardwalk
Atlantic City, NJ 08401


3400 Haddonfield Associates, L.L.C.
1519 Boardwalk
Atlantic City, NJ 08401


904 Route 130 Associates, LLC
1519 Boardwalk
Atlantic City, NJ 08401


A.M. Todd Co.
PO Box 13859
Newark, NJ 07188-0859


Act Fast Termite & Pest Control
PO Box 1069
Jackson, NJ 08527


American Express
PO Box 1270
Newark, NJ 07101


Atlantic City Electric Co.
Bankruptcy Division
5 Collins Drive, Ste 2133
Mail Stop 84CP42
Carneys Point, NJ 08069


Atlantic City Sewerage Company
PO Box 1830
Atlantic City, NJ 08401

Atlantic Coast Alarms
5100 Harding Highway
Ste 203
Mays Landing, NJ 08330


Atlantic Sweetener Co.
PO Box 1146
Hammonton, NJ 08037


Aurora World, Inc.
8820 Mercury Lane
Pico Rivera, CA 90660


B&B Parking
114 S. New York Ave.
Atlantic City, NJ 08401


Bakemark USA, LLC
1815 Rte 130 N.
Unit 1
Burlington, NJ 08016-3016


Balford Farms
PO Box 827228
Philadelphia, PA 19104


Bally's Park Place, Inc.
Park Place & Boardwalk
Attn: Legal Dept
Atlantic City, NJ 08401


Barclays Bank of Delaware
PO Box 13337
Philadelphia, PA 19101-3337


Best Eastern Exterminating Co.
18 Princeton Dr.
Shamong, NJ 08088


BMW Financial Services NA, LLC
5550 Britton Parkway
Hilliard, OH 43026

Boardwalk 1000, LLC
1000 Boardwalk
Atlantic City, NJ 08401


Boardwalk Arcade, L.L.C.
PO Box 1649
Wildwood, NJ 08260


Boardwalk Investment Properties, LLC
PO Box 10645
Greensboro, NC 27401


Burke Candy & Ingredients, Inc.
3480 N. Fratney St.
Milwaukee, WI 53212


Calico Cottage, Inc.
210 New HIghway
Amityville, NY 11701


Cargill, Inc.
PO Box 640283
Pittsburgh, PA 15264-0283


Casani Candy
7905 Browning Rd
Ste 208
Pennsauken, NJ 08109


Catalog Solutions
6750 Hillcrest Plaza Dr.
Dallas, TX 75230


Cindy Huf
4090 Bayshore Rd
Cold Springs, NJ 08204


Cintas Corp.
PO Box 630803
Cincinnati, OH 45263-0803


Comcash, Inc.
16485 Laguna Canyon Road S
Ste 210
Irvine, CA 92618

Comcast
P.O. Box 37601
Philadelphia, PA 19101-0601


Comcast
c/o #3999, Attn: EDST
1085 Andrew Dr., Ste F
West Chester, PA 19380


Compudata Inc.
2701 Commerce Way
Philadelphia, PA 19154


Confires Fire Protection Service, LLC
910 Oak Tree Ave
Ste J
South Plainfield, NJ 07080


Crescent Box Corp
Attn: McKonly & Asbury, LLP
415 Fallowfield Rd
Camp Hill, PA 17011


Cundiff Oil Company
100 S. Black Horse Pike
Bellmawr, NJ 08031


Digital Kosher
930 Eastern Parkway
Brooklyn, NY 11213


Direct Capital Corporation
155 Commerce Way
Portsmouth, NH 03801


Dutch Valley Food Distributors
7615 Lancaster Ave.
PO Box 465
Myerstown, PA 17067


Eastern Lift Truck Co, Inc.
PO Box 307
Maple Shade, NJ 08052-0307

Ecolab Pest Elim Div.
26252 Network Ave
Chicago, IL 60673-1262


Ecolab, Inc.
PO Box 32027
New York, NY 10081-2002


Ecommerce Partners
59 Franklin St
New York, NY 10013


Eli Mamiye
13 Porage Path
Deal Park, NJ 07723


First Insurance Funding Corp
PO Box 7000
Carol Stream, IL 60197


Fralinger's Inc.
1519 Boardwalk
Atlantic City, NJ 08401


Frank & Maureen Glaser
14 Otter Lane
Egg Harbor Township, NJ 08234


Frank Glaser
14 Otter Lane
Egg Harbor Township, NJ 08234


Friedman LLP
327 Central Ave
Linwood, NJ 08221


Fun Stuff
2513 58th St.
Ste A
Hampton, VA 23661


Gem Barcoding Inc.
PO Box 391
East Greenwich, RI 02818

Grant Supply Company
A Div. of FW Webb
160 Middlesex Turnpike
Bedford, MA 01730


H L Marco, HVAC-R
4539 Fulton Rd
Jacksonville, FL 32225


HR Atlantic City Lender, LLC
5701 Stirling Rd
Davie, FL 33314


Island Ice Cream Inc.
3809 Park Blvd
Wildwood, NJ 08260


Jack & Jill Ice Cream
PO Box 829815
Philadelphia, PA 19182-9815


Jersey Cape Investments, LLC
c/o Jilly's Arcade
1168 Boardwalk
Ocean City, NJ 08226


Johnson Controls
PO Box 71967
Pittsburgh, PA 15250-7967


Johnson's Popcorn
PO Box 802
Ocean City, NJ 08226


Joseph Weber
11 Grandview Ave
West Collingswood, NJ 08059


L H Companies SIgn Development
425 North 3rd St
Reading, PA 19601


Liberty Coca-Cola Beverages
PO Box 780810
Philadelphia, PA 19178-0810

Lock Water, Inc.
1519 Boardwalk
Atlantic City, NJ 08401

Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604

Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054

Maureen Glaser
14 Otter Lane
Egg Harbor Township, NJ 08234

McMaster-Carr Supply
PO Box 7690
Chicago, IL 60680

Mercedes Benz Financial Services
PO Box 685
Roanoke, TX 76262

MNC Stribbons, Inc.
2921 West Cypress Creek Rd
Fort Lauderdale, FL 33309

Motor & Drives, Inc.
1413 Marmora Ave.
Atlantic City, NJ 08401

National Window Cleaning Co.
PO Box 513
Somers Point, NJ 08244

OceanFirst Bank
975  Hooper Avenue
Toms River, NJ 08753

OK Kosher
391 Troy Ave
Brooklyn, NY 11213

Quill Corporation
PO Box 94081
Palatine, IL 60094-4081


Raab Family, LLC
311 Wesley Road
Ocean City, NJ 08226


Rainbow Polybag Co., Inc.
179 Morgan Ave.
Brooklyn, NY 11237


RBI
PO Box 288
Pluckemin, NJ 07978


Sandblast By Creative Concepts
1500 Georgia Rd
Ste A
Irondale, AL 35210


Schiff Enterprises
1004 New Road
Northfield, NJ 08225


Selective Insurance
Lockbox 247
PO Box 8500
Philadelphia, PA 19106


Silliker, Inc.
900 Maple Rd
Homewood, IL 60403


Simplex Paper Box Co
PO Box 21469
York, PA 17402


SOSH Architects
1020 Atlantic Ave
Atlantic City, NJ 08401


South Jersey Gas
PO Box 6091
Bellmawr, NJ 08099

South Jersey Paper Products
2400 Industrial Way
Vineland, NJ 08360


Steelson Packaging
190 West Passaic St
Rochelle Park, NJ 07662


Thomas Kelly
TKS Mechanical
6 Wilson Ave.
Somers Point, NJ 08244


Thyssen Krupp Elevator
PO Box 933004
Atlanta, GA 31193-3004


Transcendia Inc
9201 W. Belmont Ave.
Franklin Park, IL 60131


Tropicana Atlantic City Corp
Brighton Ave. & the Boardwalk
Atlantic City, NJ 08401


Uline
12575 Uline Dr
Pleasant Prairie, WI 53158


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001


United Parcel Service
PO Box 650690
Dallas, TX 75265-0690


Vacation Time, Inc.
508 Springdale Court
Cape May Court House, NJ 08210


Waste Management Of NJ
PO Box 13648
Phila, PA 19101

Westminster Associates, L.L.C.
1519 Boardwalk
Atlantic City, NJ 08401


Westminter Associates, L.L.C.
1519 Boardwalk
Atlantic City, NJ 08401


Wild Republic Div of K&M International
PO Box 691237
Cincinnati, OH 45269

# United States Bankruptcy Court
### District of New Jersey

In re __James Candy Company__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __James Candy Company__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November  7, 2018

Date

/s/ Ira R. Deiches

**Ira R. Deiches 013941976 NJ**

Signature of Attorney or Litigant

Counsel for   **James Candy Company**

**Deiches & Ferschmann**

**25 Wilkins Avenue**
**Haddonfield, NJ 08033**
**856.428.9696 Fax:856.795.6983**
**ideiches@deicheslaw.com**