| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Ira R. Deiches, Esq.<br>Deiches & Ferschmann<br>A Professional Corporation<br>25 Wilkins Avenue<br>Haddonfield, NJ 08033<br>(856)428-9696<br>Proposed Attorneys for Debtor<br>and Debtor-in-Possession<br><br>In the Matter of:<br><br>JAMES CANDY COMPANY,<br><br>           Debtor and Debtor-in-Possession. | Case No. 18-32139<br><br>Chapter 11<br><br>Judge: Hon. Andrew B. Altenburg, Jr.<br><br>Hearing Date: December 11, 2018<br>                       10:00 a.m. |

## NOTICE OF DEBTOR'S MOTION FOR ORDER APPROVING AGREEMENT AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. §363(c)(2)

TO: CREDITORS AND PARTIES-IN-INTEREST ON ATTACHED SERVICE LIST:

      James Candy Company, Debtor and Debtor-in-Possession herein ("Debtor"), has filed papers with the Court seeking an Order approving Debtor's agreement with OceanFirst Bank authorizing the use of cash collateral pursuant to 11 U.S.C. §363(c)(2).

      **YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the motion, then on or before December 4, 2018, you or your attorney must:

      File with the Court an Answer, explaining your position, at:

            United States Bankruptcy Court
            District of New Jersey
            U. S. Post Office & Courthouse Bldg.
            401 Market St., 2nd Floor
            PO Box 2067
            Camden, NJ 08101-2067

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it** on or before the date stated above.

You must also mail a copy to:

> Ira R. Deiches, Esquire
> Deiches & Ferschmann
> A Professional Corporation
> 25 Wilkins Avenue
> Haddonfield, NJ 08033

and to the persons shown on the attached list, and

Attend the hearing scheduled to be held on December 11, 2018, at 10:00 a.m., at the Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101, Courtroom 4B.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.**

Dated: November 9, 2018

IRA R. DEICHES, ESQUIRE
Deiches & Ferschmann,
A Professional Corporation
Proposed Attorneys for Debtor

## STATEMENT UNDER D.N.J. LBR 9013-2 WHY NO BRIEF IS NECESSARY

The accompanying motion relies on facts of record and/or presents no novel issues of law and, therefore, Debtor respectfully contends that no Brief is necessary.

DEICHES & FERSCHMANN
A Professional Corporation
Proposed Attorneys for Debtor

Dated: November 9, 2018

By: _____
Ira R. Deiches, Esquire

**SERVICE LIST - DEBTOR'S MOTION FOR ORDER APPROVING AGREEMENT AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. §363(c)(2)**

United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604

Mercedes Benz Financial Services
PO Box 685
Roanoke, TX 76262

OceanFirst Bank
975 Hooper Avenue
Toms River, NJ 08753

American Express
PO Box 1270
Newark, NJ 07101

Atlantic City Electric Co.
Bankruptcy Division
5 Collins Drive, Ste 2133
Mail Stop 84CP42
Carneys Point, NJ 08069

Bakemark USA, LLC
1815 Rte. 130 N., Unit 1
Burlington, NJ 08016-3016

Barclays Bank of Delaware
PO Box 13337
Philadelphia, PA 19101-3337

Calico Cottage, Inc.
210 New Highway
Amityville, NY 11701

Cargill, Inc.
PO Box 640283
Pittsburgh, PA 15264-0283

Casani Candy
7905 Browning Rd., Ste 208
Pennsauken, NJ 08109

Comcash, Inc.
16485 Laguna Canyon Road S., Ste 210
Irvine, CA 92618

Dutch Valley Food Distributors
7615 Lancaster Ave.
PO Box 465
Myerstown, PA 17067

Friedman LLP
327 Central Ave
Linwood, NJ 08221

Gem Barcoding Inc.
PO Box 391
East Greenwich, RI 02818

HR Atlantic City Lender, LLC
5701 Stirling Rd.
Davie, FL 33314

Johnson's Popcorn
PO Box 802
Ocean City, NJ 08226

OK Kosher
391 Troy Ave.
Brooklyn, NY 11213

Rainbow Polybag Co., Inc.
179 Morgan Ave.
Brooklyn, NY 11237

SOSH Architects
1020 Atlantic Ave.
Atlantic City, NJ 08401

South Jersey Paper Products
2400 Industrial Way
Vineland, NJ 08360


Transcendia Inc
9201 W. Belmont Ave.
Franklin Park, IL 60131


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001


Wild Republic Div of K&M International
PO Box 691237
Cincinnati, OH 45269


Neal M. Ruben, Esquire
Law Offices of Neal M. Ruben
Attorney for OceanFirst Bank, N.A.
179 Avenue at the Common, Ste. 201
Shrewsbury, NJ   07702